## United States District Court
## Violation Notice

CVB Location Code: **WW13**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **LM026008** | **Dean** | **408** |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐CFR ☐USC ☒State Code |
|---|---|
| **3/15/2017 18:50** | **RCW 46.61.525** |

Place of Offense

COLLIER AVE and HILLSIDE DR

Offense Description: Factual Basis for Charge         HAZMAT ☐

**Negligent Driving-2nd Degree**

LM026008

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| **BAUTISTA** | **JACOB JUSTIN** | **S** |

A ☐ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (above).

B ☒ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (above)

$250   Forfeiture Amount
$30.00  Processing Fee

**PAY THIS AMOUNT -->**   **$280 Total Collateral Due**

YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant Signature

(Rev. 01/2011)                Return to CVB With Payment

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 3/15/2017, while exercising my duties as a law enforcement officer in the Western District of Washington.

See Additional Probable Cause Statement

The foregoing statement is based upon:

☒ my personal observation      ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   3/15/2017                    _[signature]_
               Date(mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
               Date(mm/dd/yyyy)         U.S. Magistrate Judge Signature

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commmercial vehicle in incident.